UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   CR 07-01172 (B) DDP                              Dated: March 15, 2010

======================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

| John A. Chambers | Maria Bustillos | Kevin Lally |
| Courtroom Deputy | Court Reporter | Nili T. Moghaddam |
| | | Asst. U.S. Attorney |

======================================================================
U.S.A. vs (Dfts listed below)                 Attorneys for Defendants

42)   JAMES DOUGLAS WOOTEN              42)   Jay L Lichtman
      present in custody                      David Evans
                                              present appointed

_____

PROCEEDINGS:   JOINDER IN MOTION FOR DISCLOSURE PROFFER INFORMATION FILED BY LEONIDAS IRAHETA FILED BY DEFENDANT JAMES WOOTEN   (FILED ON 11-24-09 / DOCKET NUMBER 609)
JOINDER IN MOTION TO DISMISS CASE /INDICTMENT AS TO DEFENDANT LEONIDAS IRAHETA FILED BY LEONIDAS IRAHETA FILED BY DEFENDANT JAMES WOOTEN
(FILED ON 01-07-10 / DOCKET NUMBER 649)
JOINDER IN MOTION TO DISMISS COUNTS ONE AND TWENTY-TWO FILED BY VLADIMIR ALEXANDER IRAHETA FILED BY DEFENDANT JAMES WOOTEN (FILED ON 01-07-10 / DOCKET NUMBER 650)

   Court hears oral argument, VACATES the joinder in the proffer motion and takes all other joinders in the motions under submission.

                                                           00    :    19
                                         Initials of Deputy Clerk     JAC